No. 11–8923. PEREZ *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8924. WILLIAMS *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 11–8940. PULKKINEN *v.* VERIZON NEW ENGLAND, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–8975. EXINIA *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 11–8981. ANDRADE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 11–8987. SOHA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9024. MUNIZ-BRAVO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9038. BARRAGAN-CAMARILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9052. ROBERTSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9053. FRUGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9055. GOMEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9057. IRVING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9060. LEVINE *v.* HOLENCIK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9066. GARCIA-HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 11–9068. FARIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮